IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMAS D. CUESTA,

    Plaintiff,

v.

STATE OF WISCONSIN,
DANE COUNTY COURT OFFICIALS
and LYN C. OPELT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-48-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____Peter Oppeneer_____      __3/25/10__
Peter Oppeneer, Clerk of Court         Date